UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   EDCV 19-1508-AB (KS)                                        Date: August 30, 2019

Title   *Derek Matthews v. Edmund G. Brown et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|            Gay Roberson            |             N/A              |
|------------------------------------|------------------------------|
|            Deputy Clerk            |   Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On August 13, 2019, Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint alleging sexual abuse by prison employees.  (Dkt. No. 1.)  Also on August 13, 2019, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*.  (Dkt. No. 2.)  More than two weeks have now passed, and Plaintiff has not responded to the Court's notification.  Accordingly, because Plaintiff has neither paid the filing fee nor obtained authorization to proceed without prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than September 20, 2019, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P).  **To discharge this Order and proceed with his case, Plaintiff must either:  (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the September 20, 2019 deadline.**

**Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of his case.**

**IT IS SO ORDERED**.

                                                                                            :
                                                                **Initials of Preparer**   gr